FILED
CLERK, U.S. DISTRICT COURT

July 13, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

1  Douglas C. Smith, Esq. (State Bar No.160013)
   dsmith@smitlaw.com
2  Erin R. Brown, Esq. (State Bar No. 323218)
   ebrown@smitlaw.com
3  SMITH LAW OFFICES, LLP
   4001 Eleventh Street
4  Riverside, California 92501
   Telephone: (951) 509-1355
5  Facsimile: (951) 509-1356

6  Attorneys for Defendants
   COUNTY OF RIVERSIDE, JACQUELINE FARRIS,
7  JOSEPH WELSENBERGER, MARIAH LOPEZ,
   CHRISTINA PLEMONS, LEONOR MENDEZ, and
8  MARCIA BUTCHER

9                    UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 | CAROLINE VILLASANTI, an          ) | CASE NO.: 5:21-cv-01611-JWH-KK
   | individual,                      ) |
12 |                                  ) |
   |            Plaintiff,            ) | [PROPOSED] ORDER RE:
13 |                                  ) | STIPULATED PROTECTIVE ORDER
   |     vs.                          ) |
14 |                                  ) |
   | COUNTY OF RIVERSIDE, a public    ) |
15 | entity; JACQUELINE FARRIS, an    ) |
   | individual; JOSEPH WELSENBERGER, ) |
16 | an individual; MARIAH LOPEZ, an  ) |
   | individual; JESUS CUEVAS, an     ) |
17 | individual; CHRISTINA PLEMONS, an) |
   | individual; LEONOR MENDEZ, an    ) |
18 | individual; MARCIA BUTCHER, an   ) |
   | individual; and DOES 1 through 20,) |
19 | inclusive,                       ) |
   |                                  ) |
20 |            Defendants.           ) |
   |                                  ) | *Complaint filed 9/22/21*
21 | _____ ) |

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

C:\SCANS\test\p-prop.order02 (protective order).wpd        1

**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER**

1  The Court, having read the parties' Stipulated Protective Order, as to the
2  production of confidential, proprietary, or private information during the discovery
3  process while litigating this matter, and having found good cause therefor:
4  HEREBY ORDERS that:
5      The Stipulated Protective Order is **GRANTED**.

8  DATED: \_\_\_\_July 13\_\_\_\_, 2022     */s/ Kenly Kato*
    MAG. JUDGE KENLY KATO
9      United States Magistrate Judge